IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAVONTE ELLIS, et al.**                                                                        **PLAINTIFFS**

**V.**                                                     **NO. 1:16-CV-177-DMB-DAS**

**LOWNDES COUNTY, et al.**                                                     **DEFENDANTS**

### ORDER CLOSING CASE

On March 8, 2019, the remaining parties in this case appeared before United States Magistrate Judge David A. Sanders for a final pretrial conference. The minute entry from the conference reflects that the parties reached a settlement agreement "pending board approval." Doc. #100. The parties informed the Court by e-mail that the settlement agreement now has been approved by the board. Accordingly, this case is **CLOSED**.

**SO ORDERED**, this 3rd day of April, 2019.

                                                                  /s/Debra M. Brown
                                                                  **UNITED STATES DISTRICT JUDGE**